**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

JPA NO. 111 CO., LTD., and
JPA NO. 49 CO., LTD.

Debtors[1].

Chapter 11

Case No. 21–12075 (DSJ)

(Jointly Administered)

## FITZWALTER CAPITAL PARTNERS (FINANCIAL TRADING) LIMITED'S NOTICE OF APPEAL

Please take notice that FitzWalter Capital Partners (Financial Trading) Limited, a secured creditor in the above-captioned cause, hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and the Federal Rules of Bankruptcy Procedure, from the *Memorandum of Decision and Order Resolving Motion to Dismiss* entered by the Court in these chapter 11 proceedings on February 1, 2022 [Dkt. No. 97] (the "**Order**"). A copy of the Order appealed from is attached hereto as **Exhibit A**.

The names of all the parties to the Order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

**Appellant:**

Benjamin I. Finestone
Zachary R. Russell
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849–7000

---

[1] The Debtors in these Chapter 11 cases are: JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd. The Debtors' corporate address is: Kasumigaseki Common Gate West Tower, 3–2–1 Kasumigaseki, Chiyoda–Ku, Tokyo 100–0013.

Justin C. Griffin (admitted *pro hac vice*)
Eric Winston (admited *pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443–3000

Asher B. Griffin (admitted *pro hac vice*)
300 West 6th Street, Suite 2010
Austin, TX 78710
Telephone: (737) 667–6100

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
*Counsel for Appellant FitzWalter Capital Partners (Financial Trading) Limited*

**Appellees:**

Kyle J. Ortiz
Jared Borriello
John McClain
Amanda C. Glaubach
Eitan E. Blander
Brian Shaughnessy
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594–5000

**TOGUT, SEGAL & SEGAL LLP**
*Counsel for Appellees JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd.*

**Other Parties:**

Michael J. Edelman,
1633 Broadway, 31st Floor
New York, NY 10019
Telephone: (212) 407 6970

**VEDDER PRICE**
*Counsel for Creditor JP Lease Products and Services Company Limited*

Christopher J. Giaimo
2550 M Street, NY
Washington, DC 2003 7
Telephone: (202) 457 6461

**SQUIRE PATTON BOGGS (US) LLP**
*Counsel for Creditor Mizuho Leasing*

Robert Johnson
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878 8004

**CLIFFORD CHANCE US LLP**
*Counsel for Creditor Sumitomo Mitsui Trust Bank, Limited*

*[Remainder of Page Intentionally Left Blank]*

Dated: February 15, 2022

/s/ Benjamin I. Finestone
QUINN EMANUEL URQUHART & SULLIVAN, LLP

Benjamin I. Finestone
Zachary R. Russell
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849–7000
Facsimile: (212) 849–7100
benjaminfinestone@quinnemanuel.com
zacharyrussell@quinnemanuel.com

Justin C. Griffin (admitted *pro hac vice*)
Eric Winston (admitted *pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443–3000
Facsimile: (213) 443–3100
justingriffin@quinnemanuel.com
ericwinston@quinnemanuel.com

Asher B. Griffin (admitted *pro hac vice*)
300 West 6th Street, Suite 2010
Austin, TX 78710
Telephone: (737) 667–6100
Facsimile: (737) 667–6110
ashergriffin@quinnemanuel.com

*Counsel to FitzWalter Capital Partners (Financial Trading) Limited*