**Lead, MDisCs, PENAP, APPEAL, MEGANY, FeeDueAP**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 21−12075−dsj

*Assigned to:* Judge David S Jones
Chapter 11
Voluntary
Asset

*Date filed:* 12/17/2021
*341 meeting:* 02/04/2022
*Deadline for filing claims:* 04/25/2022

| | |
|---|---|
| *Debtor* <br> **JPA No. 111 Co., Ltd.** <br> Kasumigaseki Common Gate West Tower <br> 3−2−1 Kasumigaseki <br> Chiyoda−Ku Tokyo 100−0013 <br> OUTSIDE U. S. <br> Japan <br> Tax ID / EIN: 00−0000000 | represented by **Jared C Borriello** <br> Togut, Segal & Segal LLP <br> One Penn Plaza <br> Suite 3335 <br> New York, NY 10119 <br> 212−594−5000 <br> Fax : 212−967−4258 <br> Email: jborriello@teamtogut.com <br><br> **Bryan Kotliar** <br> Togut, Segal & Segal LLP <br> One Penn Plaza <br> Suite 3335 <br> New York, NY 10119 <br> 212−594−5000 <br> Fax : 212−967−4258 <br> Email: bkotliar@teamtogut.com <br><br> **Kyle J. Ortiz** <br> Togut, Segal & Segal LLP <br> One Penn Plaza <br> Suite 3335 <br> New York, NY 10119 <br> 212−594−5000 <br> Fax : 212−967−4258 <br> Email: kortiz@teamtogut.com <br><br> **Frank A. Oswald** <br> Togut, Segal & Segal LLP <br> One Penn Plaza <br> New York, NY 10119 <br> (212) 594−5000 <br> Email: frankoswald@teamtogut.com |
| *U.S. Trustee* <br> **United States Trustee** <br> Office of the United States Trustee <br> U.S. Federal Office Building <br> 201 Varick Street, Room 1006 <br> New York, NY 10014 <br> (212) 510−0500 | represented by **Richard C. Morrissey** <br> Office of the U.S. Trustee <br> 201 Varick Street, Room 1006 <br> New York, NY 10014 <br> (212) 510−0500 <br> Fax : (212) 668−2255 <br> Email: richard.morrissey@usdoj.gov |

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|

| | | | |
|---|---|---|---|
| 12/17/2021 | | 1 | Chapter 11 Voluntary Petition for Non−Individual. Order for Relief Entered. **Case Designated As Mega as per LBR 1073−1.** Chapter 11 Plan due by 4/18/2022, Disclosure Statement due by 4/18/2022, Initial Case Conference due by 1/18/2022, Filed by Kyle J. Ortiz of Togut, Segal & Segal LLP on behalf of JPA No. 111 Co., Ltd.. (Ortiz, Kyle) (Entered: 12/17/2021) |
| 12/17/2021 | | 3 | Declaration */Declaration of Teiji Ishikawa Pursuant to Local Bankruptcy Rule 1007−2 and In Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* (related document(s)1) filed by Kyle J. Ortiz on behalf of JPA No. 111 Co., Ltd.. (Attachments: # 1 Exhibit s: A−M) (Ortiz, Kyle) (Entered: 12/17/2021) |
| 12/17/2021 | | 5 | Motion to Authorize */Debtors' Motion for Entry of an Order (I) Enforcing the Protections of Sections 105(a), 362, 365, 525, and 541 of the Bankruptcy Code, Restating Automatic Stay and Ipso Facto Provisions; and (II) Granting Related Relief* (related document(s)3, 2, 1, 4) filed by Bryan Kotliar on behalf of JPA No. 111 Co., Ltd.. (Attachments: # 1 Exhibit A: Proposed Order) (Kotliar, Bryan) (Entered: 12/17/2021) |
| 12/20/2021 | | 12 | Objection to Motion *OBJECTION TO DEBTORS MOTION FOR ENTRY OF AN ORDER (I) ENFORCING THE PROTECTIONS OF SECTIONS 105(a), 362, 365, 525, AND 541 OF THE BANKRUPTCY CODE, RESTATING AUTOMATIC STAY AND IPSO FACTO PROVISIONS; AND (II) GRANTING RELATED RELIEF* (related document(s)5) filed by Zachary R. Russell on behalf of FitzWalter Capital Partners (Financial Trading). (Russell, Zachary) (Entered: 12/20/2021) |
| 12/20/2021 | | 15 | Order Signed on 12/20/2021 (I) Enforcing the Protections of Sections 105(a), 362, 365, 525, and 541 of the Bankruptcy Code, Restating Automatic Stay and Ipso Facto Provisions; and (II) Granting Related Relief. (Related Doc # 5) (Calderon, Lynda) (Entered: 12/20/2021) |
| 12/22/2021 | | 18 | Transcript regarding Hearing Held on 12/20/2021 At 10:30 AM RE: First Day Motions. Remote electronic access to the transcript is restricted until 3/22/2022. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 12/29/2021. Statement of Redaction Request Due By 1/12/2022. Redacted Transcript Submission Due By 1/24/2022. Transcript access will be restricted through 3/22/2022. (Ramos, Jonathan) (Entered: 12/22/2021) |
| 12/31/2021 | | 21 | Motion to Approve */(Hearing Date: 1/20/2022 at 10:00 AM, Objections Due: 1/13/2022 at 4:00 PM) Debtors' Application for Entry of Orders: (I)(A) Approving Bidding Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Establishing Stalking Horse Bidders and Bid Protections; (C) Approving Procedures of the Assumption and Assignment of Certain Executory Contracts and Unepired Leases; (D) Authorizing Enforcement Actions; (E) Scheduling an Auction and a Sale Hearing; and (F) Approving the Form and Manner of Notice thereof; and (II)(A) Approving the Sale of the Purchased Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (B) Granting Related Relief* filed by Kyle J. Ortiz on behalf of JPA No. 111 Co., Ltd. with hearing to be held on 1/20/2022 at 10:00 AM at Courtroom 501 (DSJ) Responses due by 1/13/2022,. (Attachments: # 1 Exhibit A: Bid Procedures Order, Exhibit 1: Bidding Procedures # 2 Exhibit A−2: Sale Notice # 3 Exhibit B: Stalking Horse |

| | | | |
|---|---|---|---|
| | | | Term Sheet # 4 Exhibit C: Sale Order (To be Filed Separately) # 5 Exhibit D: Cure Notice # 6 Pleading Notice of Hearing) (Ortiz, Kyle) (Entered: 12/31/2021) |
| 01/02/2022 | | 22 | Motion to Dismiss Case *Or Abstain From Hearing These Chapter 11 Cases* filed by Zachary R. Russell on behalf of FitzWalter Capital Partners (Financial Trading). (Russell, Zachary) (Entered: 01/02/2022) |
| 01/02/2022 | | 23 | Declaration *of Andrew Gray In Support of Motion to Dismiss Or Abstain From Hearing These Chapter 11 Cases* filed by Zachary R. Russell on behalf of FitzWalter Capital Partners (Financial Trading). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21 # 22 Exhibit 22 # 23 Exhibit 23 # 24 Exhibit 24 # 25 Exhibit 25 # 26 Exhibit 26 # 27 Exhibit 27 # 28 Exhibit 28 # 29 Exhibit 29 # 30 Exhibit 30 # 31 Exhibit 31 # 32 Exhibit 32 # 33 Exhibit 33 # 34 Exhibit 34 # 35 Exhibit 35 # 36 Exhibit 36) (Russell, Zachary) (Entered: 01/02/2022) |
| 01/10/2022 | | 44 | Declaration */Declaration of Heinrich Loechteken In Support of Debtors' Application for Entry of Orders: (I)(A) Approving Bidding Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Establishing Stalking Horse Bidders and Bid Protections; (C) Approving Procedures of the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Authorizing Enforcement Actions; (E) Scheduling An Auction and A Sale Hearing; and (F) Approving the Form and Manner of Notice thereof; and (II)(A) Approving the Sale of the Purchased Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (B) Granting Related Relief* (related document(s)35, 21) filed by Kyle J. Ortiz on behalf of JPA No. 111 Co., Ltd.. with hearing to be held on 1/20/2022 at 02:00 PM at Videoconference (ZoomGov) (DSJ) (Ortiz, Kyle) (Entered: 01/10/2022) |
| 01/13/2022 | | 49 | Letter *re. January 14, 2022 Discovery Conference* Filed by Zachary R. Russell on behalf of FitzWalter Capital Partners (Financial Trading). (Russell, Zachary) (Entered: 01/13/2022) |
| 01/13/2022 | | 50 | Letter */Letter to the Honorable David S. Jones re: January 14, 2022 Discovery Conference* (related document(s)22, 45, 21) Filed by Kyle J. Ortiz on behalf of JPA No. 111 Co., Ltd.. with hearing to be held on 1/14/2022 at 01:00 PM at Videoconference (ZoomGov) (DSJ) (Ortiz, Kyle) (Entered: 01/13/2022) |
| 01/13/2022 | | 51 | Statement *OF SUMITOMO MITSUI TRUST BANK, LIMITED, REGARDING THE BIDDING PROCEDURES MOTION AND THE DISMISSAL MOTION* (related document(s)22, 21) filed by Jennifer C. DeMarco on behalf of Sumitomo Mitsui Trust Bank, Limited. (DeMarco, Jennifer) (Entered: 01/13/2022) |
| 01/13/2022 | | 53 | Objection to Motion */Debtors' Objection to the Motion of Fitzwalter Capital Partners (Financial Trading) Limited to Dismiss or Abstain from Hearing these Chapter 11 Cases* (related document(s)22) filed by Kyle J. Ortiz on behalf of JPA No. 111 Co., Ltd.. with hearing to be held on 1/20/2022 at 02:00 PM at Videoconference (ZoomGov) (DSJ) (Attachments: # 1 Exhibit A: Declaration of Heinrich Loechteken in Support of Objection # 2 Exhibit B: Remittance Payment Report # 3 Exhibit C: Letter Dated January 11, 2022 from Quinn Emanuel # 4 Exhibit D: English Authorities) (Ortiz, Kyle) (Entered: 01/13/2022) |

| | | | |
|---|---|---|---|
| 01/13/2022 | | 54 | Objection to Motion *(Joinder)* (related document(s)22) filed by Christopher J. Giaimo Jr. on behalf of Mizuho Leasing Co., Ltd.. (Giaimo, Christopher) (Entered: 01/13/2022) |
| 01/13/2022 | | 55 | Response *of JP Lease Product & Services Co. (A) Objecting to Motion of Fitzwalter Capital Partners (Financial Trading) Limited to Dismiss or Abstain from Hearing these Chapter 11 Cases [Ecf No. 22] and (B) Supporting the Debtors Motion to Approve Bidding Procedures [Ecf No. 21]* (related document(s)22, 21) filed by Michael James Edelman on behalf of JP Lease Product & Services Co.. (Edelman, Michael) (Entered: 01/13/2022) |
| 01/13/2022 | | 56 | Motion for Objection to Claim(s) *Debtors Application For Entry of Orders* filed by Zachary R. Russell on behalf of FitzWalter Capital Partners (Financial Trading). (Russell, Zachary) (Entered: 01/13/2022) |
| 01/13/2022 | | 57 | Declaration *of Benjamin Finestone In Support of Preliminary Objection to Debtors' Application for Entry of Orders* filed by Zachary R. Russell on behalf of FitzWalter Capital Partners (Financial Trading). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit # 16 Exhibit # 17 Exhibit # 18 Exhibit # 19 Exhibit # 20 Exhibit # 21 Exhibit) (Russell, Zachary) (Entered: 01/13/2022) |
| 01/13/2022 | | 58 | Statement */Notice of Filing of Exhibits to the Debtors' Application for Entry of Orders: (I)(A) Approving Bidding Procedures Relating to the Sale of Substantially all of the Debtors Assets; (B) Establishing Stalking Horse Bidders and Bid Protections; (C) Approving Procedures of the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Authorizing Enforcement Actions; (E) Scheduling an Auction and a Sale Hearing; and (F) Approving the Form and Manner of Notice Thereof; and (II)(A) Approving the Sale of the Purchased Assets Free and Clear of all Liens, Claims, Interests and Encumbrances; and (B) Granting Related Relief* (related document(s)44, 21) filed by Kyle J. Ortiz on behalf of JPA No. 111 Co., Ltd.. with hearing to be held on 1/20/2022 at 02:00 PM at Videoconference (ZoomGov) (DSJ) (Attachments: # 1 Exhibit A: Revised Notice of Sale # 2 Exhibit A−1: Redline of Sale Notice # 3 Exhibit B: Enforcement Notices # 4 Exhibit C: Proposed Sale Order # 5 Exhibit D: Stalking Horse Purchase Agreement) (Ortiz, Kyle) (Entered: 01/13/2022) |
| 01/17/2022 | | 61 | Letter *re. January 14, 2022 Discovery Conference* Filed by Zachary R. Russell on behalf of FitzWalter Capital Partners (Financial Trading). (Russell, Zachary) (Entered: 01/17/2022) |
| 01/17/2022 | | 62 | Letter */Letter to the Honorable David S. Jones re: January 14, 2022 Discovery Conference* (related document(s)50, 61) Filed by Kyle J. Ortiz on behalf of JPA No. 111 Co., Ltd.. (Attachments: # 1 Exhibit A: January 11 Letter # 2 Exhibit B: January 10 Letter # 3 Exhibit C: January 3 Letter)(Ortiz, Kyle) (Entered: 01/17/2022) |
| 01/18/2022 | | 67 | Reply to Motion *to Dismiss* filed by Zachary R. Russell on behalf of FitzWalter Capital Partners (Financial Trading). (Russell, Zachary) (Entered: 01/18/2022) |
| 01/18/2022 | | 68 | Reply to Motion */Debtors' Reply to the Objection of FitzWalter In Further Support of Their Application for Entry of Orders, Inter Alia, Approving Bidding Procedures Relating to the Sale of Substantially All of* |

| | | | |
|---|---|---|---|
| | | | *the Debtors' Assets* (related document(s)56, 21) filed by Kyle J. Ortiz on behalf of JPA No. 111 Co., Ltd.. (Attachments: # 1 Exhibit A: Tregear Declaration and Opinion) (Ortiz, Kyle) (Entered: 01/18/2022) |
| 01/20/2022 | | 73 | Transcript regarding Hearing Held on 01/14/2022 At 1:00 PM RE: Discovery Conference. Remote electronic access to the transcript is restricted until 4/20/2022. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 1/27/2022. Statement of Redaction Request Due By 2/10/2022. Redacted Transcript Submission Due By 2/22/2022. Transcript access will be restricted through 4/20/2022. (Ramos, Jonathan) (Entered: 01/20/2022) |
| 01/20/2022 | | 74 | Transcript regarding Hearing Held on 01/18/2022 At 11:00 AM RE: Discovery Conference. Remote electronic access to the transcript is restricted until 4/20/2022. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 1/27/2022. Statement of Redaction Request Due By 2/10/2022. Redacted Transcript Submission Due By 2/22/2022. Transcript access will be restricted through 4/20/2022. (Ramos, Jonathan) (Entered: 01/20/2022) |
| 01/21/2022 | | 78 | Declaration */Supplemental Declaration of Heinrich Loechteken In Support of Debtors' (I) Objection to the Motion of FitzWalter Capital Partners (Financial Trading) Limited to Dismiss or Abstain from Hearing these Chapter 11 Cases and (II) Application for Entry of Orders, Inter Alia, Approving Bidding Procedures Relating to the Sale of Substantially All of the Debtors' Assets* (related document(s)44, 21, 53) filed by Frank A. Oswald on behalf of JPA No. 111 Co., Ltd.. with hearing to be held on 1/26/2022 at 10:00 AM at Videoconference (ZoomGov) (DSJ) (Attachments: # 1 Exhibit A: Sales Procedures for Claims # 2 Exhibit B: Form NDA) (Oswald, Frank) (Entered: 01/21/2022) |
| 01/22/2022 | | 79 | Declaration *of Akhil Shah In Support of FWCP's Motion to Dismiss and Preliminary Objection to Debtors Application for Entry of Orders* filed by Zachary R. Russell on behalf of FitzWalter Capital Partners (Financial Trading). (Attachments: # 1 Exhibit # 2 Exhibit) (Russell, Zachary) (Entered: 01/22/2022) |
| 01/23/2022 | | 80 | Declaration *of Andrew Gray Supplemental to Prior Declaration In Support of Creditor FitzWalter Capital Partners Motion To Dismiss or Abstain From Hearing These Chapter 11 Cases; And Objection To Debtors Application for Entry of Orders, Inter Alia, Approving Bidding Procedures* filed by Zachary R. Russell on behalf of FitzWalter Capital Partners (Financial Trading). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit) (Russell, Zachary) (Entered: 01/23/2022) |
| 01/26/2022 | | 88 | Statement */January 26, 2022 Exhibit Appendix* (related document(s)22, 21) filed by Kyle J. Ortiz on behalf of JPA No. 111 Co., Ltd.. (Ortiz, Kyle) (Entered: 01/26/2022) |
| 01/28/2022 | | 90 | Statement */Statement Responding to this Court's Inquiries Regarding Debtors' Motion to Approve Bidding Procedures [ECF No. 21]* (related document(s)21) filed by Kyle J. Ortiz on behalf of JPA No. 111 Co., |

| | | | |
|---|---|---|---|
| | | | Ltd.. (Ortiz, Kyle) (Entered: 01/28/2022) |
| 01/31/2022 | | 91 | Statement *FWCP's Response to Debtors' Statement Responding to this Court's Inquiries Regarding Debtors' Motion to Approve Bidding Procedures* (related document(s)90) filed by Zachary R. Russell on behalf of FitzWalter Capital Partners (Financial Trading). (Russell, Zachary) (Entered: 01/31/2022) |
| 01/31/2022 | | 94 | Transcript regarding Hearing Held on 01/26/2022 At 10:04 AM RE: Motion Filed By Fitzwalter Capital Partners (Financial Trading) To Dismiss Or Abstain From Hearing These Chapter 11 Cases.; Application Filed By The Debtor For Entry Of Orders: (I)(A) Approving Bidding Procedures Relating To The Sale Of Substantially All Of The Debtors Assets; (B) Establishing Stalking Horse Bidders And Bid Protections; (C) Approving Procedures Of The Assumption And Assignment Of Certain Executory Contracts And Unepired Leases; (D) Authorizing Enforcement Actions; (E) Scheduling An Auction And A Sale Hearing; And (F) Approving The Form And Manner Of Notice Thereof; And (II)(A) Approving The Sale Of The Purchased Assets Free And Clear Of All Liens, Claims, Interests, And Encumbrances; And (B) Granting Related Relief. Remote electronic access to the transcript is restricted until 5/2/2022. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 2/7/2022. Statement of Redaction Request Due By 2/22/2022. Redacted Transcript Submission Due By 3/3/2022. Transcript access will be restricted through 5/2/2022. (Ramos, Jonathan) (Entered: 01/31/2022) |
| 02/01/2022 | | 97 | Memorandum of Decision and Order Signed on 2/1/2022 Resolving Motion to Dismiss. (related document(s)22) (Calderon, Lynda) (Entered: 02/01/2022) |
| 02/15/2022 | | 115 | Notice of Appeal filed by Zachary R. Russell on behalf of FitzWalter Capital Partners (Financial Trading). (Attachments: # 1 Exhibit Memorandum of Decision and Order Resolving Motion to Dismiss)(Russell, Zachary) (Entered: 02/15/2022) |
| 02/28/2022 | | 135 | Statement of Issues *and Designation of Record on Appeal* (related document(s)97) filed by Zachary R. Russell on behalf of FitzWalter Capital Partners (Financial Trading). (Attachments: # 1 Exhibit 1 / Item 39)(Russell, Zachary) (Entered: 02/28/2022) |