**JtAdm, MEGANY**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 21−12076−dsj

*Date filed:* 12/17/2021

*Assigned to:* Judge David S Jones
Chapter 11
Voluntary
Asset

*Debtor*
**JPA No. 49 Co., Ltd.**
Kasumigaseki Common Gate West Tower
3−2−1 Kasumigaseki
Chiyoda−Ku Tokyo 100−0013
OUTSIDE U. S.
Japan
Tax ID / EIN: 00−0000000

represented by **Kyle J. Ortiz**
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119
212−594−5000
Fax : 212−967−4258
Email: kortiz@teamtogut.com

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(212) 510−0500

| Filing Date | # | Docket Text |
|---|---|---|
| 12/17/2021 | 1 | Chapter 11 Voluntary Petition for Non−Individual. Order for Relief Entered. **Case Designated As Mega as per LBR 1073−1.** Chapter 11 Plan due by 4/18/2022, Disclosure Statement due by 4/18/2022, Initial Case Conference due by 1/18/2022, Filed by Kyle J. Ortiz of Togut, Segal & Segal LLP on behalf of JPA No. 49 Co., Ltd.. (Ortiz, Kyle) (Entered: 12/17/2021) |
| 12/31/2021 | 6 | Schedules filed: Schedule A/B − Non−Individual, Schedule D − Non−Individual, Schedule E/F − Non−Individual, Schedule G − Non−Individual, Schedule H − Non−Individual */Schedules of Assets and Liabilities* Filed by Kyle J. Ortiz on behalf of JPA No. 49 Co., Ltd.. (Ortiz, Kyle) (Entered: 12/31/2021) |