UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>JPA NO. 111 CO., LTD. and<br>JPA NO. 49 CO., LTD.,<br><br>                Debtors. [1] | Chapter 11<br><br>Bankr. No.:  21-12075 (DSJ)<br><br>(Jointly Administered) |
| FITZWALTER CAPITAL PARTNERS (FINANCIAL TRADING) LIMITED,<br><br>                Appellant,<br><br>v.<br><br>JPA NO. 111 CO., LTD. and<br>JPA NO. 49 CO., LTD.,<br><br>                Appellees. | **ORDER**<br><br>Case No.: 22-cv-01582 (PGG) |

**ORDER OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. BANKR. P. 8023**

In accordance with the agreement of FitzWalter Capital Partners (Financial Trading) Limited ("Appellant") and the above-captioned debtors and debtors in possession ("Appellees") in the above-captioned appeal (the "Appeal"), the Appeal is hereby dismissed pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, with each party to bear its own costs.

For the Court,

_[signature]_
_____

Dated:  June 23, 2022

cc:    Counsel for Appellant
          Counsel for the Appellees

---

[1] The Debtors in these Chapter 11 Cases are:  JPA No. 111 Co., Ltd. and JPA No. 49 Co., Ltd.  The Debtors' corporate address is: Kasumigaseki Common Gate West Tower, 3-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-0013.